UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELIN T. RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., *et al.*, <br><br> Defendants. | Case No. C17-317RSL <br><br> ORDER GRANTING NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS |

This matter comes before the Court on defendant Northwest Trustee Services, Inc.'s motion to dismiss under Fed. R. Civ. P. 12(b)(6). Dkt. # 7. Plaintiff has not opposed defendant's motion to dismiss, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the record in this matter and finds that plaintiff's complaint fails to state cognizable claims under viable causes of action against Northwest Trustee Services, Inc. Defendant's motion is therefore GRANTED, and plaintiff's claims against Northwest Trustee Services, Inc. are hereby DISMISSED.

Dated this 19th day of April, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO DISMISS - 1