UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELIN T. RODRIGUEZ,

        Plaintiff,

    v.

SELECT PORTFOLIO SERVICING, INC., et al.,

        Defendants.

Case No. C17-317RSL

ORDER TO SHOW CAUSE

On May 5, 2017, the Court issued an order requiring the parties to file a Joint Status Report by June 2, 2017. On June 2, 2017, defendants filed a "Status Report" indicating that plaintiff had not, contrary to the Court's Order, made any attempt to contact defendants or negotiate a joint report. Nor has plaintiff sought or obtained an extension of time in which to make the required submission. The plaintiff is therefore ORDERED to show cause by Thursday, June 29, 2017, why sanctions, including dismissal of the above-captioned case, should not be imposed for his failure to comply with the Order of May 5, 2017. The Clerk is directed to place this Order to Show Cause on the Court's calendar for June 30, 2017.

DATED this 13th day of June, 2017.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE