THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Melin T. Rodriguez,<br><br>    Plaintiff,<br><br>  v.<br><br>Select Portfolio Servicing, Inc.; Northwest Trustee Services, Inc.; U.S. Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates,<br><br>    Defendants. | No. 2:17-cv-00317-RSL<br><br>ORDER GRANTING SELECT PORTFOLIO SERVICING, INC.'S AND U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE'S MOTION FOR SUMMARY JUDGMENT |

This matter came before the Court on Defendants U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10[1] (the "Trust"), and Select Portfolio Servicing, Inc. ("SPS") (collectively "Defendants") Motion for Summary Judgment.

The Court has considered the pleadings and records on file, including the motion for summary judgment and any filings in opposition or reply.

Being fully advised, IT IS ORDERED that Defendants SPS and the Trust's Motion for Summary Judgment is GRANTED. Plaintiffs' claims against Defendants SPS and the Trust are dismissed with prejudice.

---

[1] The complete name of the Trust was not identified in the Complaint but was set forth in the Answer and is used here for clarity.

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
(Case No. 2:17-cv-00317-RSL) - 1

92961931.1 0052161-04586

1       Dated this 7th day of July, 2017.

*MWS Lasnik*
Robert S. Lasnik
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
(Case No. 2:17-cv-00317-RSL) - 2

92961931.1 0052161-04586